**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MILISSA MAZZITELLI,
    Plaintiff,

v.

Case No. 8:21-cv-357-TPB-TGW

SUN PRINT MANAGEMENT, LLC,
    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.09(a), Plaintiff, MILISSA MAZZITELLI, and Defendant, SUN PRINT MANAGEMENT, LLC (collectively, the "Parties"), hereby inform the Court that they have reached an agreement to settle the above-captioned litigation in full.

The Parties respectfully request that the case be administratively closed, subject to the right, for good cause shown, to reopen the case for further proceedings.

Dated: March 1, 2022

| *s/ Gregory A. Owens* | */s/ David S. Harvey, Jr.* |
|---|---|
| GREGORY A. OWENS | DAVID S. HARVEY, JR. |
| Florida Bar No. 051366 | Florida Bar No. 0984043 |
| greg@fgbolaw.com | david.harvey@lewisbrisbois.com; |
| WOLFGANG M. FLORIN | flcourtaccess@lewisbrisbois.com; |
| wolfgang@fgbolaw.com | kaitlin.hollo@lewisbrisbois.com |
| 16524 Pointe Village Drive, Suite 100 | SARAH G. HOCK |
| Lutz, Florida 33558 | Florida Bar No. 1025439 |
| Phone: 727-254-5255; Fax: 727-483-7942 | sarah.hock@lewisbrisbois.com; |
| Attorneys for Plaintiff | kaitlin.hollo@lewisbrisbois.com; |
| | flcourtaccess@lewisbrisbois.com |
| | 401 East Jackson Street, Suite 3400 |
| | Tampa, Florida 33602-5209 |
| | Phone: 813-739-1900; Fax: 813-739-1919 |
| | *Attorneys for Defendant* |